UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.:   8:97-cr-273-T-23TGW

JAMES MICHAEL TERRY
_____/

**ORDER**

Terry moves (Doc. 132) for an order assigning "this case to a court justice in Orlando, Miami, or somewhere that Terry can get a 'FAIR' review of the issues concerning the integrity of the district court and the procedures utilized in this court." The motion, whether construed as a motion to transfer under Local Rule 1.03(d), a motion to transfer venue, or a motion to recuse the presiding judge, is **DENIED**. See 28 U.S.C. § 455, United States v. Patti, 337 F.3d 1317, 1321 (11th Cir. 2003), cert. denied, 540 U.S. 1149 (2004), and Bolin v. Story, 225 F.3d 1234, 1239 (11th Cir. 2000).

ORDERED in Tampa, Florida, on September 21, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE